No. 04-01-00405-CV



Theresa REYES and All Occupants,


Appellants



v.



R. C. MANAGEMENT, INC., Agent for Las Palmas Garden Apartments,

Appellee



From the County Court at Law No. 2, Bexar County, Texas


Trial Court No. 266,909


Honorable Irene Rios, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: November 21, 2001


MOTION TO DISMISS GRANTED; DISMISSED FOR WANT OF JURISDICTION


 Appellant appeals the judgment of the county court at law in this forcible entry and
detainer case. On October 24, 2001, we ordered appellant to show cause why the appeal
should not be dismissed because of appellant's failure to properly perfect the appeal by filing
a supersedeas bond. See Tex. Prop. Code Ann. § 24.007 (Vernon 2000); Kemper v. Stonegate
Manor Apartments, Ltd., 29 S.W.3d 362, 363 (Tex. App.-Beaumont 2000, pet. dism'd w.o.j.). 

 In response to our order to show cause, appellant related a litany of perceived errors
in the justice court and the county court; however, she admits she did not file a supersedeas
bond. Although we appreciate appellant's difficulty in representing herself in the trial court,
without a supersedeas bond, we lack jurisdiction to consider any errors the trial court may
have made.

 The appeal is dismissed for want of jurisdiction. See Tex. R. App. P. 42.3(a),( c).
Costs of the appeal are assessed against appellant.

 PER CURIAM

DO NOT PUBLISH